IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| | : | |
| HARRIS ROY ROSEN | : | NO. 17-mc-0035 |

### ORDER

**AND NOW**, this 20th day of April, 2021, respondent having been ordered March 8, 2021, to show cause, within thirty (30) days, why he should not be **disbarred** from the practice of law in this court, retroactive to March 16, 2017, and respondent not having answered or requested a hearing, it is hereby

**ORDERED** that respondent is **disbarred** from the practice of law in this court, retroactive to March 16, 2017, and until further Order of this court.

BY THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**